■ LOUIS GOLDSTEIN, Appellant-Respondent, v. HERBERT STERN et al., Respondents-Appellants.— In an action to recover the down payment and the title examination expense on a contract for the sale to plaintiff of defendants' real property, and to impress a lien upon the property for the amount of such payment and expense, the plaintiff appeals from an order of the Supreme Court, Queens County, dated February 7, 1962, which denied his motion for summary judgment; and the defendants cross appeal from said order insofar as it fails to grant them summary judgment against the plaintiff (Rules Civ. Prac., rule 113, subds. 1, 2). On plaintiff's appeal: Order affirmed, without costs. On defendants' cross appeal: Order, insofar as appealed from, affirmed, without costs. The record presents triable issues of fact which preclude the granting of summary judgment in favor of either the plaintiff or the defendants. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur. [32 Misc 2d 779.]

■ CHARLOTTE M. HARRAGIN et al., Respondents, v. WALDINE S. CHRISTMAN, Appellant.— In an negligence action to recover damages for personal injuries, medical expense and loss of services, the defendant appeals as follows: (1) from a judgment of the Supreme Court, Putnam County, entered October 27, 1961 after trial, upon a jury's verdict of $30,000 in favor of the female plaintiff and $2,500 in favor of the male plaintiff; (2) an order of said court, entered November 17, 1961 which denied defendant's motion to set aside the verdict and for a new trial under section 549 of the Civil Practice Act; and (3) an order, of the Supreme Court, Westchester County, dated March 8, 1962 (and entered in Putnam County on March 13, 1962), which denied defendant's motion for a new trial on the ground of newly discovered evidence. Judgment and orders affirmed, with one bill of costs. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.